DISMISSAL FORM FOR CIVIL CASES ON ANT'S MOTION /SETTLEMENT 









                NO. 12-06-00103-CV

 

IN THE COURT OF APPEALS

 

TWELFTH COURT OF APPEALS
DISTRICT

 

TYLER, TEXAS

 

 

§          APPEAL FROM THE 321ST

 

IN
THE INTEREST OF B.B.,         §          JUDICIAL DISTRICT COURT OF

A
CHILD

§          SMITH COUNTY, TEXAS

 




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 

 



MEMORANDUM OPINION

PER
CURIAM

            Appellant has filed a motion to dismiss this appeal.  Because Appellant has met the requirements of
Texas Rule of Appellate Procedure 42.1(a)(1), the motion to dismiss is granted,
and the appeal is dismissed.      

Opinion
delivered March 31, 2006.

Panel
consisted of Worthen, C.J., Griffith, J., and DeVasto, J.

 

 

 

 

 

(PUBLISH)